UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEOBANYS AGUILERA-ALENA,

Petitioner,

v.

WARDEN, KROME NORTH SPC, et al.,

Respondents.

No. 1:26-cv-05722-DC-CSK (HC)

ORDER TRANSFERRING MATTER TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

On July 23, 2026, Petitioner, an immigration detainee proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a motion for a temporary restraining order, challenging his detention in U.S. Immigration and Customs Enforcement ("ICE") custody. (Doc. Nos. 1, 2.) Petitioner states in his motion for a temporary restraining order that he is currently detained at the Krome North Service Processing Center. (Doc. No. 2 at 1.) Petitioner also listed his address in the motion and application for a writ of habeas corpus as Krome North SPC, 18201 S.W. 12th St., Miami, FL 33194. (*Id.* at 6; Doc. No. 1 at 13.) Further, Petitioner named the Warden of Krome North SPC as a Respondent in his application for a writ of habeas corpus. (Doc. No. 1 at 1.)

Miami, Florida is located in Miami-Dade County, Florida, which is located in an area covered by the United States District Court for the Southern District of Florida. Jurisdiction over this § 2241 petition is proper only in the district of confinement. *See Doe v. Garland*, 109 F.4th

1188, 1197–98 (9th Cir. 2024).

Thus, in the interests of justice this action will be transferred to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1631.

Accordingly,

1. This matter is TRANSFERRED to the United States District Court for the Southern District of Florida; and
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 28, 2026**

Dena Coggins
United States District Judge